No. 68730.—New York Merchandise Co., Inc. *v.* United States, protest 61/21219 (Los Angeles).

Opinion by RICHARDSON, J. It was orally stipulated that the five cases of merchandise, 100 radios in all, reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with said stipulation of counsel, it was held that duty is not assessable upon the five cartons of transistor radios, which were reported by the inspector as manifested, not found. The protest was sustained to this extent, and the collector was directed to reliquidate the entry and refund all duty assessed upon such quantities of merchandise.

BEFORE THE SECOND DIVISION, AUGUST 4, 1964

No. 68731.—F. W. Myers & Co., Inc. *v.* United States, protest 61/21190 (Detroit).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of parts of mining machines, the claim of the plantiff was sustained.

AUGUST 4, 1964

No. 68732.—Hensel, Bruckmann & Lorbacher, Inc., a/c Naftone International Corp *v.* United States, protests 63/445, 63/446, 63/447, 63/448, and 63/8970. Protests dismissed June 24, 1964. *(Not published.)* *Plaintiff's application for rehearing granted.*